193 So.2d 525

**Norma Arlene OLDS**

**v.**

**William G. ASHLEY et al.**

No. 48471.

Jan. 16, 1967.

In re: Norma Arlene Olds applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo, 191 So.2d 202.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

193 So.2d 525

**STEVENS CONCRETE PIPE & PRODUCTS, INC., et al.**

**v.**

**Ray W. BURGESS et al.**

No. 48477.

Jan. 18, 1967.

In re: City of Baton Rouge, Parish of East Baton Rouge, and Ray W. Burgess, Director of Public Works, applying for writs of certiorari and/or mandamus.

Writs refused. It does not appear to us that the trial judge has abused his discretion in refusing a suspensive appeal. Further, no showing has been made that applicants will suffer irreparable injury.